IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WIESNER HEALTHCARE INNOVATION LLC, | |
| Plaintiff, | Case No.: 1:24-cv-03777 |
| v. | Judge: Hon. Sharon Johnson Coleman |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A", | Magistrate Judge: Hon. Sheila M. Finnegan |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Wiesner Healthcare Innovation LLC hereby notifies this Court that the Plaintiff voluntarily dismisses without prejudice any and all claims against the following defendant(s):

| # | Seller Name | Platform | Seller ID |
|---|---|---|---|
| 48 | Latena | Amazon | ATRALUSZ4ZSTD |

DATE: August 20, 2024

Respectfully submitted,

/s/ Benjamin A. Campbell
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Telephone: (847) 969-9123
Facsimile: (847) 969-9124
*Counsel for Plaintiff, Wiesner Healthcare Innovation LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this August 20, 2024. Any other counsel of record will be served by electronic and/or first-class mail.

      /s/ Benjamin A. Campbell
      Benjamin A. Campbell